No. 80–5476. GORNICK v. ILLINOIS ET AL., 449 U. S. 1018; and

No. 80–5540. GRINAN v. TRESPALACIOS, 449 U. S. 1036. Motion for leave to file petitions for rehearing denied.

FEBRUARY 27, 1981

No. 87, Orig. CALIFORNIA v. TEXAS. In this case the Solicitor General is invited to file a brief expressing the views of the United States by noon Wednesday, March 4, 1981.

MARCH 2, 1981

No. 80–1040. PINCUS v. ESTATE OF GREENBERG ET AL. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question. JUSTICE STEWART would note probable jurisdiction and set case for oral argument.

No. 80–1102. LUNG ET AL. v. O'CHESKEY ET AL. Appeal from Sup. Ct. N. M. dismissed for want of substantial federal question.

No. 80–1152. ROCHESTER GAS & ELECTRIC CORP. v. PUBLIC SERVICE COMMISSION OF NEW YORK. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 80–1192. SYSKA, GUARDIAN v. MONTGOMERY COUNTY BOARD OF EDUCATION ET AL. Appeal from Ct. Sp. App. Md. dismissed for want of substantial federal question.

No. 80–1231. GARRISON v. ILLINOIS. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.